# IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS ROCK ISLAND DIVISION

| | |
|---|---|
| PATRICIA KEITEL, as Independent Administrator of the Estate of ERIC PETERSEN, deceased,<br><br>                Plaintiff,<br><br>v.<br><br>DARREN HART, the SHERIFF OF ROCK ISLAND COUNTY, individually and in his official capacity, ROCK ISLAND COUNTY, ILLINOIS, MICHAEL ORTIZ, SKYLER SOMNER, CHRISTOPHER WARREN, SHANNON KIZER, BRETT UTZ, CHRISTOPHER O'MELIA, CHAD SANDHOLM, STEPHEN TRIPLETT, KUANTRELL WIKERSHAM, SAMUEL LITTLE, MORGAN DUNN, LARON MARTIN, MICHELE NESSELER, KENNETH MALO, CELICA SWANSON, DAMION SUMMERS, CHRISTOPHER SERRA, EDWARD SCHILTZ, DEVIN MOORE, MEnD CORRECTIONAL CARE, "ERICKA," ROSI MONZON, KAREN GERDES and "CM,"<br><br>                Defendants. | Case No. 4:24-cv-04082-CSB-EIL<br><br>JURY DEMANDED |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

The undersigned certifies that on February 17, 2025 a true and correct copy of the following discovery documents:

    a) Body Camera video from CO22-05102

    b) Medical records bated stamped as RIC 6-410

Along with a copy of this Notice was served on the attorney of record herein by email.

Date February 17, 2025                                                                       By:  /s/ Jacob A. Mellinger

Jacob A. Mellinger  
IL #6336376  
Assistant State's Attorney  
Attorney for Defendants  
State's Attorney's Office  
1317 3rd Ave. – 2nd Floor  
Rock Island, IL 61201  
Phone: (309) 558-3249  
Fax: (309) 786-5052  
Email: mellingerj@rockislandcountyil.gov

**CERTIFICATE OF SERVICE**

       I hereby certify that on February 27, 2025 I electronically filed the foregoing: Notice of Service of Discovery Documents, with the Clerk of the Court using the CM/ECF system. which effected services on all parties who have appeared:

/s/ Jacob Mellinger